IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

AUGUSTA DIVISION

FILED
U.S. DISTRICT COURT
AUGUSTA DIV.
2006 MAR 28 AM 10:07
CLERK _____
SO. DIST. OF GA.

| | |
|---|---|
| KEVIN SCOTT, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CV 105-192 |
| ) | |
| GAIL MCGAHEE and FNU ROBERTS, ) | |
| ) | |
| Defendants. ) | |

## ORDER

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation, to which objections have been filed. Accordingly, the Report and Recommendation of the Magistrate Judge is **ADOPTED** as the opinion of the Court. Plaintiff's complaint is **DISMISSED** and this civil action is **CLOSED**.

SO ORDERED this 28th day of March, 2006, at Augusta, Georgia.

_____
UNITED STATES DISTRICT JUDGE